# United States District Court
## *Southern District of Georgia*

MICHAEL BERNARD JONES,

Petitioner,

V.

J. DARRELL HART, Warden,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 115-137

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on April 19, 2016, the petition brought pursuant to 28 U.S.C. § 2254 is hereby DISMISSED as untimely. Final judgment is hereby ENTERED in favor of the Respondent, J. DARRELL HART, Warden, and against the Petitioner, MICHAEL BERNARD JONES. This civil action is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner is DENIED a Certificate of Appealability, and he is NOT ENTITLED to appeal in forma pauperis.

April 19, 2016
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*